JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shelley Lynn, | ) Case No. **CV 12-2140-JFW (CWx)** |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| Keith Handley; Ivernia, Inc.; McDonald's USA, LLC, | ) |
| Defendants. | ) |

WHEREAS, the Court dismissed Plaintiff's RICO claim for relief with prejudice for failure to file a "RICO Case Statement" on April 4, 2012;

WHEREAS, the Court granted Defendants Keith Handley and Ivernia, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim and Defendant McDonald's USA, LLC's Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim without leave to amend for the reasons set for the reasons set forth in the Court's Minute Order dated July 11, 2012; and

WHEREAS, the Court denied Plaintiff's Motion to Vacate Order of Dismissal of RICO Cause of Action Based on

1  Inadvertence of Counsel (FRCP Rule 60(b)(1)) and Abuse of
2  Judicial Discretion and For Leave to File Rico Case Statement
3  and Second Amended Complaint;
4      IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
5  DECREED, that judgment is entered in this action as follows:
6      1.  Plaintiff Shelley Lynn shall recover nothing from
7  Keith Handley, Ivernia, Inc., and McDonald's USA, LLC ;
8      2.  Defendants Keith Handley, Ivernia, Inc., and
9  McDonald's USA, LLC shall have judgment in their favor on
10 Plaintiff Shelley Lynn's entire action; and
11     3.  Defendants Keith Handley, Ivernia, Inc., and
12 McDonald's USA, LLC shall recover from Plaintiff Shelley Lynn
13 their costs of suit in the sum of $_____.

Dated: July 30, 2012          _____
                                      JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE

2